AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

*MPA*
*10/1/25*

| United States of America | ) | *AL No. 25-3387MJ* |
| v. | ) | |
| Jonathan Edward Veselka | ) | Case No.  8:25-mj-3130-LSG |
| | ) | |
| | ) | **SEALED** |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 11 - September 29, 2025  in the county of _____ Polk _____ in the

_____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2242(b) | Attempted coercion and enticement of a minor |
| 18 USC § 1470 | Attempted transfer of obscene materials to minors |
| 18 USC § 2423(a) | Attempted transportation of a minor to engage in sexual conduct |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jeffrey Gosnell, TFO, HSI
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:  9/29/25

_____
*Judge's signature*

City and state:          Tampa, FL

HONORABLE LINDSAY S. GRIFFIN, U.S.M.J.
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jeffrey Gosnell, a Task Force Officer with the United States Department of Homeland Security, Homeland Security Investigations (HSI), being sworn to tell the truth, state as follows:

1.      I am a sworn Task Force Officer with the United States Department of Homeland Security, Homeland Security Investigations (HSI) assigned to the HSI, Special Agent in Charge (SAC), Tampa, Florida. I am also a Detective with the St. Petersburg Police Department assigned to the Special Victims Unit – Internet Crimes Against Children. I have over 25 years of experience as a sworn law enforcement officer. In addition, I'm also a member of the Tampa Bay Human Trafficking Task Force and the Central Florida Internet Crimes Against Children Task Force (ICAC). I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of 18 U.S.C. §§ 1470, 2251, 2252, 2252A, 2422, and 2423, as well as Florida state statutes that criminalize sexual activity with minors and other methods of child sexual exploitation. In connection with such investigations, I have served as case agent, have been the affiant of several search warrants and complaints, conducted interviews of defendants and witnesses, and have served as an undercover agent in online child exploitation cases. I have attended specialized courses involving child exploitation and covert online chatting. I have participated in numerous investigations involving human trafficking, child exploitation, online child enticement, and child pornography.

2.     My duties include investigating and assisting in the investigation of numerous criminal matters involving the sexual exploitation of children which constitute violations of 18 U.S.C. §§ 2251, 2423(a), 1470, and 2422(b), as well as Florida state statutes that criminalize the online enticement of minors and the production, possession, receipt, and transmission of child pornography, that is, visual images depicting minors engaged in sexually explicit conduct. I have made arrests and been involved in numerous searches pertaining to these and other federal crime investigations. I have attended numerous specialized courses involving computers and child exploitation. As a Task Force Officer with HSI, I am authorized to investigate violations of laws of the United States, and to execute arrest and search warrants issued under the authority of the United States.

3.     This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Jonathan Edward VESELKA ("VESELKA"). This affidavit sets forth facts sufficient to establish probable cause to believe that VESELKA has violated 18 USC § 2422(b) (attempted coercion and enticement of a minor), 18 USC § 1470 (attempted transfer of obscene materials to minors), and 18 USC § 2423(a) (attempted transportation of a minor to engage in sexual conduct).

4.     The facts contained in this affidavit are drawn from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and the review of documents provided to me by witnesses and by law enforcement officers. Because this affidavit is being submitted for the limited purpose

2

of seeking authorization to arrest **VESELKA**, I have not set forth each and every fact learned during the course of this investigation.

## PROBABLE CAUSE

5.    From September 8 to September 14, 2025, the Polk County Sheriff's Office conducted a combined human trafficking and traveler undercover operation. During this operation, I acted in an undercover capacity, using one of the many online undercover personas I operate on the Kik Application with the screen name "jennylem05". The profile photograph is of a St. Petersburg Police Officer, which has been age regressed to make her appear to be approximately 14 years of age, and her hair color was changed to dark purple.

6.    On Thursday, September 11, 2025, Kik user "honestjon81" contacted my undercover persona "jennylem05." The following are relevant portions of the chat conversation that took place (portions omitted):

| | |
|---|---|
| Honestjon81: | Do you live near Disneyland? |
| UC: | Live in St. Pete but house sitting in Davenport this week. Where u? |
| Honestjon81: | Arizona.  Was hoping you were on this side of country.  You travel much? |
| UC: | Not really |
| Honestjon81: | Would you be interested in coming to Cali and hanging in Disneyland with me? |
| UC: | I'm I'm only 14 so prob not gonna happen lol |

3

| | |
|---|---|
| Honestjon81: | Oh…ok.  What are you doing on here?  You could get in some serious trouble. |
| UC: | Ssshhhhh lol |
| Honestjon81: | Oh…you're a bad girl? |
| UC: | Umm yea sometimes |
| Honestjon81: | Prove it |
| UC: | Don't need to |
| Honestjon81: | Let's see some pics |
| UC: | Why u other side of the country |
| Honestjon81: | I can still enjoy.  Or be persuaded to come out that way.  I used to live in feather sound |
| UC: | Oh cool.  Pics?  Age? |
| Honestjon81: | Yeah, I liked it |
| Honestjon81: | *Sent a photograph of himself standing on a boat wearing a green shirt, blue shorts, and a straw hat. |

--------------------

| | |
|---|---|
| Honestjon81: | You couldn't travel on your own?  Let's see some risky pics |
| UC: | Maybe.  What ya thinking?  Could tell my mom I'm staying with my friend.  I do on a reg anyways. |
| Honestjon81: | That would work.  I could fly you to Cali and take you to Disneyland or Vegas or whatever. |

4

| | |
|---|---|
| UC: | Disneyland would be cool never seen the one out there. So what I gotta do though? Always a catch. |
| Honestjon81: | Nuthin, just come and have fun for a few days. |

---

| | |
|---|---|
| UC: | Ty!!! People prob think ur my dad. But that's cool |
| Honestjon81: | We could play it up |
| UC: | How? |
| Honestjon81: | Just do the whole dad daughter thing in public. Would be hot. |
| UC: | Could be cool. |
| Honestjon81: | Get handsy on the rides and build up for when we get back to hotel room. |
| UC: | Oh yea. |

---

| | |
|---|---|
| Honestjon81: | So let's see those perky titties of yours. |
| UC: | Umm I'm 14 don't want to get u in trouble. More pics of u? |

---

| | |
|---|---|
| UC: | Will look like ur little girl walking around |
| Honestjon81: | I'll treat you like one too until behind closed doors. Got me throbbing. |
| UC: | Oh yea? |

5

| | |
|---|---|
| Honestjon81: | Yup |
| UC: | What's throbbing |
| Honestjon81: | My Viking cock |
| UC: | Headache? |
| Honestjon81: | My other head |

--------------------

| | |
|---|---|
| Honestjon81: | You a virgin? |
| UC: | Maybe.  Maybe not. |
| Honestjon81: | If you are, you aren't that bad. |
| UC: | lol |
| Honestjon81: | With a body like that, you should be taking dick. |

------------------------

| | |
|---|---|
| Honestjon81: | Well, sneak out and come to Cali.  Have I earned a peak at your girls yet? |
| UC: | Yea right I got no money for a ticket and how my supposed to get on a plane without a parent.  Only ever been on a plane once before but I was little. |
| Honestjon81: | If over 12 you can fly alone and I'll buy ticket.  Or I can come to you and we do wdw. |
| UC: | Prob easier u come here |

| Honestjon81: | So let's see those perky teen tits of yours. It would be cool to come back. I liked staying at opal sands in Clearwater. |

------------------

| Honestjon81: | Gotcha. The things I could do to that little body! I'd man handle you! What's the oldest guy you've fucked? |
| UC: | I'm a princess I can't tell. (princess emoji) |
| Honestjon81: | Show me those princess tits. And that princess pussy. |
| UC: | Something hurting still |
| Honestjon81: | My dick! I gotta rub one out. |
| UC: | Oh |
| Honestjon81: | Need to see that body so I can cum. |
| UC: | U said u 6'5? |
| Honestjon81: | Yup |
| UC: | Damn |
| Honestjon81: | I could hide you under my clothes and fuck you |
| UC: | Sounds dirty pun intended |
| Honestjon81: | It would only be dirty when you were dripping my cum. Take a live pic. |

---------------------------

7

| | |
|---|---|
| Honestjon81: | That's hot! Focus though, take a pic of tits! No face needed. |

7.    On September 12, 2025, the Kik conversation between my undercover persona and "Honestjon81" continued (portions omitted):

| | |
|---|---|
| Honestjon81: | [Sent a closeup photograph of his penis] |
| Honestjon81: | Viking cock! Your turn! Curve for your pleasure. |
| Honestjon81: | You think you could take it? |
| UC: | Maybe |
| Honestjon81: | Got a nice bend to hit that G spot or take you from behind. Your turn to send me one now. |
| | -------------------- |
| Honestjon81: | My texts will be boring. All my dirty talk etc will be on here. |
| UC: | Ok |
| Honestjon81: | I'm not usually into younger gals but you're a little hottie! My cock would fill you up and feel amazing. |
| UC: | (hearts swirling emoji) |
| Honestjon81: | You're so petit, I may have to squeeze it into you. I'll be gentle and you'll LOVE it! |
| UC: | Ok |
| Honestjon81: | What would we do if I come there? If I come all that way, you better fuck me non stop |

8

------------------

| | |
|---|---|
| Honestjon81: | ***Sent a short video of himself standing in front of a bathroom sink masturbating until he ejaculates on the countertop. |
| UC: | Holy moly that's a lot. (winking tongue out emoji). |
| Honestjon81: | ***Sent another up close photo of his penis with blue boxer shorts in the background. |
| Honestjon81: | Yeah it gets even worse if I haven't cum in a awhile.  Your turn. |
| UC: | Yea I didn't know about that. |
| Honestjon81: | I could prob fill you up. |

8.    During the Kik conversation, I provided "Honestjon81" with a phone number so the conversation could switch from Kik messenger to text messages. Eventually "Honestjon81" communicated with me via Kik and text message simultaneously. On Friday, September 12, 2025, I received the following text messages from 509-XXX-2492 (portions omitted):

| | |
|---|---|
| 509-XXX-2492: | Hey |
| UC: | Hi |
| 509-XXX-2492: | This is Jon from Kik |
| UC: | Ok (smiling emoji) |

------------------

| | |
|---|---|
| 509-XXX-2492: | When you think you can talk?  In an hour? |

9

| UC: | Yea prob |
|---|---|
| 509-XXX-2492: | Cool.  If I text you letter K, it means I texted you on kik.  K.  How close are you to Tampa airport?  Could you get there by yourself? |
| UC: | Ok.  I'm not far at all I live by 62nd N and 1st St in St. Pete.  I could take Uber. |
| 509-XXX-2492: | So if I got a room by airport you could come chill? |
| UC: | Yes |
| 509-XXX-2492: | Nice.  People do naughty things in mangroves on gandy.  What are the chances you can come to Cali? |
| UC: | Oh really. |
| 509-XXX-2492: | Its called dogging look it up. |

9.      On Saturday, September 13, 2025, "Honestjon81" requested a phone call with "jennylem05." The phone call was made from my undercover phone number to his phone number, 509-XXX-2492, with a Polk County Sheriff's Deputy posing as "Jenny." The call lasted approximately seven minutes. During the call, Honestjon81 discussed flying Jenny to Las Vegas from October 10, 2025, to October 12, 2025. He also offered to take Jenny to San Diego instead of Las Vegas. He told Jenny to not worry about money because he would buy her whatever she needed when she got there. He said he would buy the plane tickets and send her a confirmation code so she could print the boarding pass at the kiosk at the airport.

10

10.    On September 13, 2025, the Kik conversation between Honestjon81 and I continued. During the conversation, Honestjon81 explicitly detailed the sexual actions he wanted to do with Jenny. Honestjon81 also discussed purchasing Jenny's plane ticket to come visit him detailing that he was specifically looking at nonstop flights for her. Honestjon81 requested Jenny's full name and was provided Jenny's birthday of June 22, 2011, in order to purchase the tickets. Jenny indicated she was not old enough to have a permit as a form of identification and Honestjon81 responded with: "If anyone asks tell them your 15." The conversation continued as detailed below (portions omitted):

| | |
|---|---|
| Honestjon81: | Call me. How do you uber without your mom knowing? |
| UC: | It either goes on her card or I buy a gift card at the store and use that instead so she don't see it then. |
| Honestjon81: | You'll prob have to do that to get to airport and home. She doesn't care? |
| UC: | She doesn't know when I use a gift card. I will tell her I'm going camping with my friend for the weekend I've done that before. |
| Honestjon81: | Cool |
| UC: | I mean if u wanna send me a gift card for the airport it would help a lot. Let me see about what it is. |

| | |
|---|---|
| Honestjon81: | Ok, I'd have to mail to you and get your address though. |
| Honestjon81: | *Sent a photo of flight that arrives in Las Vegas at 7:10 pm. |
| Honestjon81: | This coming down |
| Honestjon81: | *Sent a photo of a flight that departs Las Vegas at 8:00 am. |
| Honestjon81: | And this going back. |
| UC: | U can just send me code on the card.  Do either a visa gift card or uber gift card. |
| Honestjon81: | True |
| UC: | Yea those flights will work. |

--------------------

| | |
|---|---|
| UC: | Send me the flight code thing when u get it and the airline. I will download the airline app. |
| Honestjon81: | I'm putting a HUGE amount of trust in you. Please don't let me down. My life would be ruined. It will be southwest airlines. |

11.    On September 13, 2025, the text conversation between 509-XXX-2492 and my undercover phone number continued:

| | |
|---|---|
| 509-XXX-2492: | *Sent a photo that is a screen shot of a hotel room confirmation.  The dates are 10/10/25 to 10/12/25 |

at The Cosmopolitan of Las Vegas with confirmation number M096A0881 for a Terrace One Bedroom Suite using your MGM Rewards Offer.  The amount paid was $0.00.

509-XXX-2492:    Room booked! (thumbs up emoji)

12.    On Sunday, September 14, 2025, 509-XXX-2492 continued to text my undercover phone number discussing potential flight options:

UC:    Yay!!! (heart emoji)

509-XXX-2492:    I love it when you're happy!  Why aren't you sleeping?

UC:    Dosing off and on I need to turn the tv off.  Plane tickets next babe.  Was thinking though can u make the plane ticket to fly out for the 10th?  I don't want the school to call my mom saying I missed classes on Thur and she figures out I'm gone.  I can come back Mon or Tues doesn't matter.  Can deal with her then if she finds out.

509-XXX-2492:    I'll work on it tomorrow.  Goodnight.  I might just have you fly straight to Vegas.

UC:    That will work too.

509-XXX-2492:    Do you mind switching planes?

UC:    Nope

13

| | |
|---|---|
| 509-XXX-2492: | Ok. How bout this? |
| 509-XXX-2492: | *Sent a photograph of a flight from 5:45 PM to 9:50 PM with a stop in Phoenix. |
| UC: | Are u getting on the plane in Phoenix with me or just a layover for me? |
| 509-XXX-2492: | Just you. Phoenix is easy to navigate through. |
| UC: | What about these… |
| UC: | *Sent two photos of round trip flights from Tampa to Las Vegas. |
| UC: | Non stop flights from Tampa Fri to Tuesday |
| 509-XXX-2492: | I'll take a look |
| UC: | Ok |
| 509-XXX-2492: | Just had to change room reservation. Those are good but price goes up like crazy. |
| UC: | Ok up to u babe whatever is cheaper. |
| 509-XXX-2492: | Don't care, want you to be happy. You deserve the best. |
| UC: | (heart emoji) |
| 509-XXX-2492: | I'm gonna pull the trigger on you flying in on the 10th to Vegas and flying out of Phoenix on the 13th. |
| UC: | Ty! |
| 509-XXX-2492: | Luv ya babe! |

14

| | |
|---|---|
| UC: | Love you (blowing kisses emoji). |

13.     On Sunday, September 14, 2025, the conversation about flights continued on the Kik application.

| | |
|---|---|
| Honestjon81: | Do you have Columbus Day off from school? |
| UC: | Yes (smiling emoji). |
| Honestjon81: | Great.  You shouldn't miss any school then. |
| UC: | Perfect |
| Honestjon81: | Spirit gas cheap flights.  Look on their website and see if you find a flight to Vegas that would work for you. |
| UC: | Ok |
| Honestjon81: | (heart emoji).  Maybe back from Vegas too on Sunday. |
| UC: | So Fri evening to Sun or Mon?  I don't have school on Monday so could fly back Mon night.  These are the cheapest if I do Fri evening to Monday. |
| UC: | *Sent a photo of a Spirit Airlines flight from Tampa to Las Vegas departing at 7:30 pm, on October 10, 2025. |
| UC: | *Sent a photo of a Spirit Airlines flight from Las Vegas to Tampa departing at 9:00 am on October |

13, 2025 and a second flight the same day departing at 11:08 am.

UC:              Either of the going back flights will work we can sleep in together if I do the later one.

Honestjon81:    I  have to work on Monday so you'd have to fly back Sunday.  I'll try to alter my days off tomorrow to see if I can get Monday off too.

UC:              I can do Friday-Sunday babe.  Lemme look at those.

Honestjon81:    It's long flights for little time together but if you are willing, it's cool.  I was gonna drive back to Phoenix Sunday with you.  Stay the night in Phoenix and drop you off early Monday at airport so I could still go to work.  Just didn't want you to suffer that long drive back.  You're pretty cool about all this.  I love it.

UC:              I don't mind I've never been there before so looking forward to seeing everything. What airport is in phoenix?

Honestjon81:    Sky harbor

UC:              Ok lemme check.  Ok it will be these, cheapest and both direct flights.

16

| | |
|---|---|
| UC: | *Sent the same flight as before from Tampa to Las Vegas on October 10, 2025. |
| UC: | *Sent a flight from Phoenix to Tampa on October 13, 2025, departing at 10:58 am. |
| Honestjon81: | Looks perfect.  You don't mind being dropped off at sky harbor at 8-8:30 do you? |
| UC: | No I will get breakfast and play on my phone or do homework. |
| Honestjon81: | If I get you a prepaid visa or gift cards can you book it all? |
| UC: | Ok |

--------------------

| | |
|---|---|
| Honestjon81: | Promise me you'll use it for flight and Uber (praying hands emoji). |

--------------------

| | |
|---|---|
| Honestjon81: | Let me know if visa GC will work for spirit. |
| UC: | Just checked and visa gift card will work.  Lemme see what the total is. |
| Honestjon81: | Cool, I'll just give you $350 in case anything else comes up.  Extra costs etc. |

--------------------

| | |
|---|---|
| Honestjon81: | You might want to reconsider that flight from Phoenix. It's super long and non nonstop. Maybe do spirit here and southwest back? |
| UC: | Oh yea just noticed that. Lemme take a look. |
| Honestjon81: | Ok |
| UC: | I found a better one. |
| UC: | *Sent a screenshot of an American Airlines flight from Phoenix to Tampa on October 13, 2025 that departs at 8:45 am. |
| Honestjon81: | Pretty late in the day. Nevermind that is great. |
| UC: | Yes leaves at 8:45 am. |
| Honestjon81: | Cool, so spirit down AA back. |
| UC: | Yes (smiling emoji) |
| Honestjon81: | I'll get you a $400 GC. |

14.     Later in the above-detailed conversation, Honestjon81 sent a selfie of him holding a Visa gift card inside a store. He later sent a photo of the Visa gift card with the pertinent information. The following conversation occurred:

| | |
|---|---|
| Honestjon81: | Make or break time. Let me know info when you get it. |
| UC: | Ok baby, Ty (heart emoji). |
| Honestjon81: | Huge leap of faith for both of us (eyes shut emoji). |
| UC: | Yes |

18

| | |
|---|---|
| Honestjon81: | Book soon, prices go up quick. |
| UC: | Yes will do it now. |
| Honestjon81: | (hearts swirling emoji). |
| Honestjon81: | How's it going? |
| UC: | Getting it booked now babe. |
| Honestjon81: | (thumbs up emoji) |
| UC: | Flight there Spirit confirmation code OJVLRP. |
| Honestjon81: | (party face emoji).  You're crazy!  And I love it! (heart eyes emoji). |
| UC: | American Airlines code is YNWXDK.  Ty baby!!! (heart emoji). |
| Honestjon81: | Guess that's it?!?!  Don't go wasting the rest of that card you need it for rides in TPA. |
| UC: | Yes baby |
| Honestjon81: | And take your pills[1] DAILY!  Don't be missing days.  You're not scared at all?  Shit! I am! |
| UC: | I am so excited u have no idea! |
| Honestjon81: | That's really cool!  Makes me happy! |
| UC: | Me too. |

---

[1] Based on earlier conversations between Honestjon81 and "Jenny," I believe him to be referring to Jenny's birth control pills.

19

15.    On Monday, September 15, 2025, Honestjon81 sent the following message on the Kik application:

Honestjon81:        I can't fucking wait!  I'm gonna show you the time of your life!  Luv you chic! (heart emoji).  Bring a hat and glasses.  I want to gamble with you.  THIS IS GONNA BE AWESOME!

16.    The conversation with Honestjon81 has been ongoing.

17.    I used investigative resources to discover that **VESELKA** provided phone number 509-XXX-2492 when reporting a crime to the Spokane County, Washington Sheriff's Office in 2007.

18.    Based on **VESELKA**'s representation that he used to live in the Feather Sound area, which I know to be in the Clearwater, Florida area, I ran a Florida Driver's License check for him. I confirmed **VESELKA**, with a date of birth of May 26, 1981, lived in Florida until 2023, which is consistent with his representation of moving to Arizona in 2023. I reviewed **VESELKA**'s driver's license photo and confirmed the photo matched the numerous photos **VESELKA** sent of himself during the chats. Additionally, I noted that **VESELKA**'s Kik account name of "Honestjon81" is a blend of his first name "Jonathan" and the year he was born, 1981.

19.    After **VESELKA** sent the Visa gift card I checked the gift card balance at https://mygift.giftcardmall.com.  It showed the gift card balance was $400.00 and

was purchased on September 14, 2025, at 7131 W. Ray Road #37, Chandler, AZ. Upon checking this location in Google Maps I found it is AJ's Fine Foods which is two miles from **VESELKA's** residence.

20.    In one of the chats, **VESELKA** stated he works as armed security for a private company. He sent me a photograph of himself from the neck down wearing a brown uniform shirt, similar to a police or security uniform. The patches and/or badge wasn't visible due to the way he was standing. I could also see a black Glock semi-automatic handgun that **VESELKA** was holding with his right hand in the photo.

21.    During further investigation into **VESELKA's** background, I learned that he is employed by the Department of Homeland Security, Transportation Security Administration at the Sky Harbor International Airport in Phoenix, AZ.

## CONCLUSION

22.     Based on the foregoing, there is probable cause to believe that

**VESELKA** has violated 18 USC § 2422(b) (attempted coercion and enticement of a

minor), 18 USC § 1470 (attempted transfer of obscene materials to minors), and 18

USC § 2423(a) (attempted transportation of a minor to engage in sexual conduct)

and I respectfully request this Court issue an arrest warrant for **VESELKA**.


Jeffrey Gosnell, Task Force Officer
Homeland Security Investigations


Affidavit submitted to me by reliable electronic means and attested to me as true and
accurate by telephone or other reliable electronic means consistent with Fed. R.
Crim. P. 4.1 and 41(d)(3) before me this _____ day of September 2025.


HONORABLE LINDSAY S. GRIFFIN
United States Magistrate Judge

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   8:25-mj-3130-LSG |
| Jonathan Edward Veselka | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

**SEALED**

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jonathan Edward Veselka                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Attempted coercion and enticement of a minor, in violation of 18 USC § 2242(b).
Attempted transfer of obscene materials to minors, in violation of 18 USC § 1470.
Attempted transportation of a minor to engage in sexual conduct, in violation of 18 USC § 2423(a).

Date:   9/29/25

*Issuing officer's signature*

City and state:   _____

HONORABLE LINDSAY S. GRIFFIN, U.S.M.J.
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |



AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:  Jonathan Edward Veselka

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                              Weight:

Sex:                                 Race:

Hair:                                Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEALED

UNITED STATES OF AMERICA

v.                                    CASE NO.    8:25-mj-3130-LSG
                                      USAO NO. 2025R02271
JONATHAN EDWARD VESELKA

## O R D E R

The Motion to Seal Complaint and Related Documents filed by the United
States is hereby GRANTED, and the Clerk of Court is so directed.

The Clerk is further directed to seal the Complaint in this cause except when
necessary to provide certified copies of the Complaint to the United States Attorney's
Office;

It is further ordered that upon verbal request from the United States Attorney's
Office that the United States Marshals Service is to release a certified copy of the
arrest warrant to the case agent or other appropriate law enforcement and/or to the
United States Attorney's Office without further order of the Court. It is further
ordered that the United States Marshals Service or other appropriate law
enforcement agency may enter the arrest warrant into the National Crime
Information Center (NCIC) database or other appropriate law enforcement database
without further order of the Court.

It is further ordered that the United States may disclose the existence of the
Complaint in any search and seizure warrants to be executed in conjunction with the
arrest of the defendant(s).

The Clerk is further ordered to unseal all documents relating to the Complaint without any further Order of the Court when any named defendant is taken into custody.

DONE AND ORDERED at Tampa, Florida, this 29th day of September, 2025.

_____
HONORABLE LINDSAY S. GRIFFIN
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEALED

UNITED STATES OF AMERICA

v.

JONATHAN EDWARD VESELKA

CASE NO. 8:25-mj-3130-LSG
USAO NO. 2025R02271

## MOTION TO SEAL COMPLAINT
## AND RELATED DOCUMENTS

Pursuant to Fed. R. Crim. P. 6(e)(4), and in the interests of law enforcement, the United States of America by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby moves the Court to direct the Clerk to seal the Complaint, the file copy of the warrant(s), defendant information sheet(s), this motion, the Court's order regarding this motion and any other documents filed in this case that would identify the defendant(s). Disclosure of the existence of these documents prior to the arrest of a defendant could hinder or impede arrest efforts.

The United States further moves that the Court direct the Clerk to seal the Complaint in this case except when necessary to provide certified copies of the Complaint to the United States Attorney's Office.

The United States further requests that the Court's Order allow the United States Marshals Service to release certified copies of the arrest warrant to the case agent or other appropriate law enforcement and/or to the United States Attorney's Office, upon verbal request of the United States Attorney's Office to the United States Marshals Service, without further order of the Court.

The United States further requests that the Court's Order allow the United States Marshals Service or other appropriate law enforcement agency to enter the arrest warrant into the National Crime Information Center (NCIC) database or other appropriate law enforcement database, without further order of the Court.

The United States further requests that the Court's Order allow the United States to disclose the existence of the Complaint in any subsequent search and/or seizure warrants which may be executed in conjunction with the arrest of the defendant(s).

The United States further moves that the Court direct the Clerk to unseal the documents described herein without further order when any named defendant is taken into custody.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:  /s/ Abigail K. King
Abigail K. King
Assistant United States Attorney
Florida Bar No. 294963
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Abigail.King@usdoj.gov

2